*In re* SALVADOR RIBAS DOMINICCI.

*Números:* MC-89-40       *Resueltos:* 18 de septiembre de 1992
MC-88-39

*Salvador Ribas Dominicci, pro se; Nora L. Rodríguez Matías, Carmen I. Navas, Elizabeth Álvarez de Barbosa, Carmen Cintrón Ferrer, Evelyn Benvenutti Toro e Israel Pacheco Acevedo, José Aníbal Ortiz Lozada,* del Colegio de Abogados de Puerto Rico.

Acogida como una comparecencia la moción en auxilio de jurisdicción presentada por el Lcdo. Salvador Ribas Dominicci, en cumplimiento con nuestras Resoluciones de 19 de junio, 17 de julio y 4 de septiembre de 1992, se le reinstala únicamente al ejercicio de la abogacía. Su petición en cuanto a la notaría estará sujeta a los resultados de la inspección de su obra notarial por la Oficina del Director de Inspección de Notarías.

Se le concede al Lcdo. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, un término de treinta (30) días para someter los informes correspondientes.

*Notifíquese por teléfono y por la vía escrita.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*